IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CALVIN DION                                                                                                  PLAINTIFF

v.                                              Case No. 6:21-cv-6061

SUPERVISOR JOE JONES, Trinity
Services Group; SHERIFF MIKE
MCCORMICK, *et al.*                                                                                  DEFENDANTS

### ORDER

      Before the Court is the Report and Recommendation filed June 22, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 4.  Judge Ford recommends that Plaintiff's complaint be dismissed for failure to obey an order of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 19th day of July, 2021.

                                                              /s/ Susan O. Hickey
                                                             Susan O. Hickey
                                                              Chief United States District Judge